# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROBERT EARL HAIRSTON,

       Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:12CV21-1-V

UNITED STATES OF AMERICA,

       Respondent.


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2012, Order.

                                          Signed: October 10, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court